# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7024** **September Term, 2026**

**1:24-cv-02853-RBW**

**Filed On: November 23, 2026** [2204905]

Larry Elliott Klayman,

Appellant

v.

Julia Porter, et al.,

Appellees

**BEFORE:** Walker and Childs, Circuit Judges; Rogers, Senior Circuit Judge

**O R D E R**

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk